**Order entered June 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00988-CV

### MARK LEE DICKSON AND RIGHT TO LIFE EAST TEXAS, Appellants

### V.

### THE AFIYA CENTER AND TEXAS EQUAL ACCESS FUND, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08104**

## ORDER

Appellants' May 30, 2021 Motion for Leave to File Additional or Supplemental Briefing (the "Motion") is **GRANTED**. Appellants' letter brief, attached to the Motion as Exhibit A, is **ORDERED** filed as of the date of this order. Appellees may file their response to the letter brief, if any, by June 24, 2021.

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE